# BRIAN PONDER LLP
# TRIAL LAWYERS

### 745 Fifth Avenue
### Suite 500
### New York, NY 10151

### Tel 646.450.9461
### Fax 646.607.9238

August 8, 2024

Honorable Jennifer L. Rochon
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 20B
New York, NY 10007-1312

Re: *Dennis Damonn Spurling v. Equifax Information Services LLC, et al.* – 1:24-cv-05239-JLR

Dear Your Honor:

May It Please The Court. I represent the Plaintiff, Dennis Damonn Spurling, in this civil action. This case was originally filed in the Supreme Court of New York, New York Co. on 6/5/2024. Defendants TransUnion, Equifax, and Experian, removed the action to this Court on 7/11/2024. On 7/18/2024, Defendants Experian and TransUnion filed a Motion to Dismiss [8] pursuant to Fed. R. Civ. P. 12(b)(6), and on 7/25/2024, Defendant Equifax filed a Motion to Joinder [10]. Plaintiff's counsel entered his appearance on yesterday, 8/7/2024, downloaded the case docket, learned of Defendants' above-listed motions, and requested until 8/22/2024, to oppose or amend, during the Parties' conference, in part, pursuant the Court's initial pretrial conference order [5]. Given the circumstances, Defendants agreed to give Plaintiff until 8/22/24, to oppose or amend.

Now, pursuant to Fed. R. Civ. P. 6(b), Local Civil Rule 7.1(d), and Your Honor's Rule 1(F), Plaintiff, with Defendants' consent, respectfully moves this Honorable Court to adjourn the initial pretrial conference scheduled for 8/29/2024, to a date following disposition of the Experian's and TransUnion's Motion to Dismiss [8], Equifax's Motion for Joinder [10]. To wit:

1. The original due date, the dates or dates sought to be extended: 8/29/2024, and the new date: **date TBD by the Court following disposition of motions ECF Nos. [8] and [10]**;
2. The number of previous requests for adjournments or extensions of time: zero (0);
3. Whether those previous requests were granted or denied: not applicable;
4. Whether the adversary consents: **Defendants Equifax, Experian, TransUnion consent**.

Respectfully submitted,

s/ Brian L. Ponder

Brian L. Ponder, Esq. (BP0696)
*Attorney for Plaintiff*

cc:     All parties via CM/ECF

---

The request is GRANTED. The conference originally scheduled for August 29, 2024 is adjourned *sine die*.

Dated: August 8, 2024
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
_____
**JENNIFER L. ROCHON**
**United States District Judge**