UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS DAMONN SPURLING,

                Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES LLC, et al,

                Defendants.

Case No. 1:24-cv-05239 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      Defendants Experian Information Solutions, Inc. and Trans Union, LLC filed a motion to dismiss the complaint on July 18, 2024. Dkt. 8. Defendant Equifax Information Services LLC filed a motion to join that motion to dismiss on July 25, 2024. Plaintiff's deadline to oppose the motion to dismiss was August 1, 2024. Plaintiff failed to oppose the motion by that deadline. On August 7, Plaintiff requested an extension of until August 22, 2024 to respond to the motions. Dkt. 12. The Court granted that request. Dkt. 14. However, Plaintiff has still not opposed the pending motions. Plaintiff is hereby ORDERED to respond to the motions by September 6, 2024. If Plaintiff fails to respond by that deadline, the Court will treat the motions as unopposed.

Dated: August 30, 2024
       New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge