UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS DAMONN SPURLING,

                Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES LLC dba EQUIFAX; EXPERIAN INFORMATION SOLUTIONS, INC. dba EXPERIAN; and TRANS UNION (OF DELAWARE), LLC aka TRANS UNION LLC dba TRANSUNION,

                Defendants.

Case No. 1:24-cv-05239 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On January 8, 2025, the Court issued an Opinion and Order dismissing Plaintiff's Complaint in its entirety and granting Plaintiff leave to amend his complaint. Dkt. 21 at 8. The Court advised Plaintiff that "[i]f no amended complaint is filed by [February 5, 2025], the Court will direct that judgment be entered in favor of Defendants and close the case." *Id.* That deadline has passed, and Plaintiff has not filed an amended complaint or otherwise communicated with the Court.

It is therefore ORDERED that Plaintiff's claims are DISMISSED WITH PREJUDICE in their entirety. The Clerk of Court is respectfully directed to enter judgment in favor of Defendants and close this case.

Dated: February 6, 2025
      New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge