**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DENNIS DAMONN SPURLING,

                Plaintiff,                24 **CIVIL** 5239 (JLR)

    -against-                            **JUDGMENT**

EQUIFAX INFORMATION SERVICES LLC dba
EQUIFAX; EXPERIAN INFORMATION
SOLUTIONS, INC. dba EXPERIAN; and
TRANS UNION (OF DELAWARE), LLC aka
TRANS UNION LLC dba TRANSUNION,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 6, 2025, the Court issued an Opinion and Order on January 8, 2025, dismissing Plaintiff's Complaint in its entirety and granting Plaintiff leave to amend his complaint. Dkt. 21 at 8. The Court advised Plaintiff that "[i]f no amended complaint is filed by [February 5, 2025], the Court will direct that judgment be entered in favor of Defendants and close the case." Id. That deadline has passed, and Plaintiff has not filed an amended complaint or otherwise communicated with the Court. Plaintiff's claims are DISMISSED WITH PREJUDICE in their entirety and judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:** New York, New York
         February 6, 2025

                                                  **TAMMI M. HELLWIG**

                                                  **Clerk of Court**
                    **BY:**        *K. Mango*

                                                  **Deputy Clerk**